UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter: 13
    Charles A. Heidel, Sr.
                Debtor(s)                        Bankruptcy No: 20−13804−amc

*ORDER*

**AND NOW,** this 23rd day of September,2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Atty Disclosure Statement due 10/6/2020.
Chapter 13 Plan due by 10/6/2020.
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1(old)Due 10/6/2020.
Means Test Calculation Form 122C−2 − <I>If Applicable</I> − Due: 10/6/2020.
Schedules AB−J due 10/6/2020.
Statement of Financial Affairs due 10/6/2020.
Summary of Assets and Liabilities Form B106 due 10/6/2020.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

5
Form 130